Robert D. Vogel (State Bar No. 63091)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Rebecca Benhuri (State Bar No. 209443)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants LAIDLAW TRANSIT, INC. (erroneously sued as "LAIDLAW TRANSPORTATION, INC.") and JAYME L. STRAHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GRISSO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAYME L. STRAHL, RALPH A. MIRANDA, and LAIDLAW TRANSPORTATION, INC.<br><br>　　　　Defendant(s). | Case No. CV-07-5834 WHA<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Belinda Vega, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

　　　　On November 21, 2007, I served the attached **DEFENDANT JAYME L. STRAHL'S ANSWER TO COMPLAINT** in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Paul Grisso　　　　　　　　　　　　　　　　Plaintiff In Propria Persona
1007 W. College Ave., #301
Santa Rosa, CA 95401　　　　　　　　　　　PAUL GRISSO
Tel.: (707) 579-2436

1    [X]    <u>**BY MAIL**</u>: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

3    [ ]    <u>BY HAND DELIVERY</u>: I caused such envelope(s) to be delivered by hand to the above address.

5    [ ]    <u>BY OVERNIGHT DELIVERY</u>: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

        I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

        Executed on November 21, 2007, at San Francisco, California.

                                               *Belinda Vega*
                                                 Belinda Vega