1  PAUL GRISSO
   1007 W. College Avenue, #301
2  Santa Rosa, CA 95401

3  PLAINTIFF IN PRO PER

4

5  REBECCA BENHURI, SBN 209443
   JACKSON LEWIS LLP
6  199 Fremont Street, 10th Floor
   San Francisco, CA 94105
7  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401

8  Attorneys for Defendant
9  JAYME L. STRAHL and LAIDLAW TRANSIT, INC.

10 SHEILA K. SEXTON, SBN 197608
   BEESON, TAYER & BODINE, APC
11 1404 Franklin Street, 5th Floor
   Oakland, CA 94612-3208
12 Telephone:  (510) 625-9700
   Facsimile:  (510) 625-8275
13 Email:      ssexton@beesontayer.com

14 Attorneys for unserved Defendant
   RALPH MIRANDA
15

16

17                UNITED STATES DISTRICT COURT

18         FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                      AT SAN FRANCISCO

| | |
|---|---|
| 20  PAUL GRISSO, | Case No. C-07-05834 WHA |
| 21                              Plaintiff, | **STIPULATION FOR DISMISSAL** |
| 22                    v. | |
| 23  JAYME L. STRAHL, RALPH A. MIRANDA, and LAIDLAW TRANSPORTATION, INC., | Complaint Filed:   November 16, 2007 |
| 24                              Defendants. | |

26     WHEREAS an action was commenced by Plaintiff PAUL GRISSO ("Plaintiff") with regard
27 to the Defendants' practices of notifying employees of their right to not join the Union,
28

---

Stipulation of Dismissal
Case No. C-07-05834 WHA

1

73409.doc

1  IT IS HEREBY STIPULATED by and between the parties through their designated counsel
2  to these actions that the above-captioned action is hereby dismissed with prejudice pursuant to FRCP
3  41(a)(1), and that the parties shall bear their own costs and fees.

Dated: Dec. 5, 2007

*[signature]*
PAUL GRISSO
Plaintiff in Pro Per

Dated: Dec. 6, 2007

JACKSON LEWIS LLP

By: *[signature]*
REBECCA BENHURI
Attorneys for Defendant
LAIDLAW TRANSIT, INC

Dated: Dec. 7, 2007

BEESON, TAYER & BODINE

By: *[signature]*
SHEILA K. SEXTON
Attorneys for unserved Defendant
RALPH MIRANDA

IT IS SO ORDERED

Dated: _____

HON. WILLIAM A. ALSUP
JUDGE, U.S. DISTRICT COURT