PAUL GRISSO
1007 W. College Avenue, #301
Santa Rosa, CA 95401

PLAINTIFF IN PRO PER


REBECCA BENHURI, SBN 209443
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone:    (415) 394-9400
Facsimile:    (415) 394-9401

Attorneys for Defendant
JAYME L. STRAHL and LAIDLAW TRANSIT, INC.


SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA 94612-3208
Telephone:    (510) 625-9700
Facsimile:    (510) 625-8275
Email:        ssexton@beesontayer.com

Attorneys for unserved Defendant
RALPH MIRANDA


# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### AT SAN FRANCISCO

| | |
|---|---|
| PAUL GRISSO, | Case No. C-07-05834 WHA |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| JAYME L. STRAHL, RALPH A. MIRANDA, and LAIDLAW TRANSPORTATION, INC., | Complaint Filed:    November 16, 2007 |
| Defendants. | |

WHEREAS an action was commenced by Plaintiff PAUL GRISSO ("Plaintiff") with regard to the Defendants' practices of notifying employees of their right to not join the Union,

1  IT IS HEREBY STIPULATED by and between the parties through their designated counsel
2  to these actions that the above-captioned action is hereby dismissed with prejudice pursuant to FRCP
3  41(a)(1), and that the parties shall bear their own costs and fees.

Dated: Dec. 5, 2007

PAUL GRISSO
Plaintiff in Pro Per

Dated: Dec. 6, 2007

JACKSON LEWIS LLP

By: _____
REBECCA BENHURI
Attorneys for Defendant
LAIDLAW TRANSIT, INC

Dated: Dec. 7, 2007

BEESON, TAYER & BODINE

By: _____
SHEILA K. SEXTON
Attorneys for unserved Defendant
RALPH MIRANDA

IT IS SO ORDERED

Dated: ___December 11, 2007._

HON. WILLIAM A. ALSUP
JUDGE, U.S. DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]